## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 09-20731-CR-LENARD(s)

**UNITED STATES OF AMERICA**

**vs.**

**JERRY A. SPIEGEL and**
**MILDRED MORALES,**

      **Defendants.**

_____/

### GOVERNMENT'S RESPONSE TO DEFENDANT JERRY A. SPIEGEL'S
### REQUEST FOR DISCLOSURE OF *BRADY* MATERIAL

The United States of America, by and through the undersigned trial attorney, respectfully submits this response to Defendant Jerry A. Spiegel's Request for Disclosure of *Brady* Material. Simply put, the Government has complied with its discovery obligations to date, including those mandated by *Brady v. Maryland*, 373 U.S. 83 (1963). As such, Defendant's discovery motion should be denied as moot.

While Defendant's first request is no doubt being made in good faith, it is in error. All patient interviews/summaries have been disclosed to Defendant. Should more occur in the near future, those additional summaries likewise will be disclosed if and when they become discoverable.

Regarding Defendant's second request, the trial in this matter currently is scheduled to begin more than two months from the date of this response: Tuesday, August 31, 2010. Because of other, more pressing matters, the Government has yet to identify who it intends to call in its case-in-chief. Furthermore, based on experience, the Government likely will not be able to identify those

1

individuals definitively until the weeks immediately leading up to trial.  Once that occurs, and

assuming any of those individuals have prior felony convictions that are appropriate for cross-

examination, the Government will disclose the requested information.

Regarding Defendant's third request, the Government has complied with its discovery

obligations to date.

Regarding Defendant's fourth request, the information sought is not discoverable under

*Brady*.  That being said, the Government has complied with its discovery obligations to date.

Regarding Defendant's fifth and final request, the information sought is not discoverable

under *Brady*.  That being said, the Government has complied with its discovery obligations to date.


Respectfully submitted,

WIFREDO FERRER
UNITED STATES ATTORNEY


By:   s/ O. Benton Curtis III
      O. BENTON CURTIS III
      Trial Attorney
      Department of Justice
      1400 New York Avenue
      Washington, D.C. 20005
      Tel: (202) 616-3108
      Fax: (202) 514-0152
      District Court No. A5501022
      Benton.Curtis2@usdoj.gov

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 22, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ O. Benton Curtis III
O. BENTON CURTIS III